# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

NARAYAN PRASAD DEO,             )
             Plaintiff,     )
                   )
    v.                     )
                   )
                   )    **JUDGMENT IN A CIVIL CASE**
NC DEPARTMENT OF ENVIRONMENT AND  )
NATURAL RESOURCES (NCDENR)     )    **CASE NO. 5:13-CV-323-D**
DEPARTMENT OF WATER QUALITY,    )
                   )
            Defendant.    )

**Decision by the Court.**


IT IS ORDERED AND ADJUDGED that defendant's motion to dismiss for failure to state a claim is GRANTED and the complaint is DISMISSED WITHOUT PREJUDICE.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 29, 2014**, AND A COPY MAILED TO:

Narayan Prasad Deo (via U.S. Mail)
Jennie Wilhelm Hauser (via CM/ECF Notice of Electronic Filing)
Phillip T. Reynolds (via CM/ECF Notice of Electronic Filing)


July 29, 2014                    JULIE A. RICHARDS, Clerk
Date                              *Eastern District of North Carolina*

                                     /s/ Susan W. Tripp
*New Bern, North Carolina*              *(By) Deputy Clerk*